# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| DIAMOND WILLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00780-O |
| | § | |
| TYSON FOODS, INC. and | § | |
| THERESE FERNANDEZ BLAS, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Final Judgment fully and finally resolves all claims and causes of action asserted against, or that could have been asserted against, Defendants by Plaintiff in the above-entitled and numbered cause.

2. Any relief not specifically granted in this Judgment is **DENIED**, and any parties or claims not otherwise disposed of are **DISMISSED**.

3. All claims asserted in this matter are **DISMISSED with prejudice** to the refiling of the same.

4. The fees and costs incurred in this matter shall be borne by the party incurring the same.

**SO ORDERED** on this **7th day** of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE